UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In Re:                                                                          Chapter 13

BERNICE MCCOURT,                                                  Case No. 07-B-36453

                                     Debtors,
------------------------------------------------------x

## TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

  Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

| CLAIMANT(s)' NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| Planet Fitness<br>3675 Albany Post Road<br>Poughkeepsie, New York 12601 | $.40 |

  Trustee's check to your order in the sum of $.40 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated:  White Plains, New York
         April 19, 2011

                                                                         Respectfully submitted,
                                                                       */s/ Jeffrey L. Sapir*
                                                                       JEFFREY L. SAPIR
                                                                       Standing Chapter 13 Trustee